AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

*E-filing*

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C., Section 922(g)(1) - Felon in Possession of a Firearm (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term of Ten Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

**DEFENDANT - U.S.**
D'MARQUES ANTHONY LUCKETT, and
ANDRE ORLANDO JOHNSON

**DISTRICT COURT NUMBER**
CR 07 0589 PJH

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any):** ATF

☑ person is awaiting trial in another Federal or State Court, give name of court
San Francisco County

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM:** SCOTT N. SCHOOLS
☑ U.S. Att'y   ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** DEREK R. OWENS

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges   } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed?  ☐ Yes  ☑ No  } If "Yes" give date filed _____

**DATE OF ARREST:** 7/25/2007  (Month/Day/Year)

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY:** _____ (Month/Day/Year)

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA** |
| **OFFENSE CHARGED** 18 U.S.C., Section 922(g)(1) - Felon in Possession of a Firearm (Class C Felony) ☐ Petty ☐ Minor ☐ Misdemeanor ☑ Felony || DEFENDANT - U.S. **D'MARQUES ANTHONY LUCKETT, and ANDRE ORLANDO JOHNSON** DISTRICT COURT NUMBER **CR 07 0589 PJH** |
| PENALTY: Maximum Prison Term of Ten Years; Maximum Fine $250,000; Maximum Term of Supervised Release of Three Years; Mandatory Special Assessment of $100. || |
| **PROCEEDING** Name of Complaintant Agency, or Person (&Title, if any) ATF || **DEFENDANT** **IS NOT IN CUSTODY** 1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges 2) ☐ Is a Fugitive 3) ☐ Is on Bail or Release from (show District) **NORTHERN DISTRICT OF CALIFORNIA** |
| ☑ person is awaiting trial in another Federal or State Court, give name of court  San Francisco County || **IS IN CUSTODY** 4) ☐ On this charge 5) ☐ On another conviction 6) ☑ Awaiting trial on other charges  ☐ Fed'l ☑ State If answer to (6) is "Yes", show name of institution **San Francisco County Jail** |
| ☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District || |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense ☐ this prosecution relates to a pending case involving this same defendant ☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under | SHOW DOCKET NO. MAGISTRATE CASE NO. | Has detainer been filed? ☐ Yes ☑ No  If "Yes" give date filed **DATE OF ARREST** 7/25/2007  Or... if Arresting Agency & Warrant were not **DATE TRANSFERRED TO U.S. CUSTODY** |
| Name and Office of Person Furnishing Information on THIS FORM **SCOTT N. SCHOOLS** ☑ U.S. Att'y ☐ Other U.S. Agency || ☐ This report amends AO 257 previously submitted |
| Name of Asst. U.S. Att'y (if assigned) **DEREK R. OWENS** || |

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance     *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

# CR 07 0589

UNITED STATES OF AMERICA,

V.

D'MARQUES ANTHONY LUCKETT, and
ANDRE ORLANDO JOHNSON

DEFENDANT.

# INDICTMENT

A true bill.

_____
Foreman

Filed in open court this 13TH day of
September 2007
_____
Clerk

Bail, $ no bail arrest warrants of sort

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 SEP 13 PM 3:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,       ) CR 07   0589 PJH
                                )
    Plaintiff,                   ) VIOLATIONS:
                                ) 18 U.S.C. § 922(g)(1) – Felon in
    v.                           ) Possession of Firearm
                                )
D'MARQUES ANTHONY LUCKETT, and  )
ANDRE ORLANDO JOHNSON,          )
                                )
    Defendants.                  )
                                ) SAN FRANCISCO VENUE
_____)

INDICTMENT

The Grand Jury charges:

COUNT ONE:    18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm

On or about July 25, 2007, in the Northern District of California, the defendant,

D'MARQUES ANTHONY LUCKETT,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, specifically a Mossberg, 12-gauge shotgun, serial number K734765, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922 (g)(1).

INDICTMENT

1  COUNT TWO:       18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm
2      On or about July 25, 2007, in the Northern District of California, the defendant,
3                          ANDRE ORLANDO JOHNSON,
4  having been previously convicted of a crime punishable by a term of imprisonment exceeding
5  one year, did knowingly possess a firearm, specifically a Rossi, .38 caliber pistol, serial number
6  D263344, in and affecting interstate commerce, in violation of Title 18, United States Code, Section
7  922 (g)(1).

9  DATED:                                    A TRUE BILL.

                                              _____
                                              FOREPERSON

13  SCOTT N. SCHOOLS
    United States Attorney

    _____
    GREGG W. LOWDER
    Deputy Chief, Major Crimes Section

    (Approved as to form: _____)
                              AUSA OWENS

INDICTMENT                                   2