SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0589 PJH |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | OCTOBER 9, 2007 THROUGH |
| D'MARQUES ANTHONY LUCKETT, ) | OCTOBER 25, 2007 |
|     Defendant. ) | |

    On October 9, 2007, the parties in this case appeared before the Court for an arraignment.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from October 9, 2007 through October 25, 2007, due to the pending detention motion by the government, and the effective preparation and continuity of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for the continuity and effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the

STIP. AND ORDER
CR 07-0589 PJH

1  defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

                                              SCOTT N. SCHOOLS
                                              United States Attorney

            10/23/2007                /s/ Derek Owens
DATED: _____             _____
                                              DEREK R. OWENS
                                              Assistant United States Attorney

            10/23/2007                /s/ Steve Kalar
DATED: _____             _____
                                              STEVE KALAR
                                              Attorney for D'Marques Anthony Luckett

    As the Court found on October 9, 2007, and for the reasons stated above, the Court finds that an exclusion of time between October 9, 2007 through October 25, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for continuity and effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____              _____
                                        THE HONORABLE JAMES LARSON
                                        United States Magistrate Judge

STIP. AND ORDER
CR 07-0589 PJH                          2