SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6488
   Fax: (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0589 PJH |
| Plaintiff, ) ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 9, 2007 THROUGH OCTOBER 25, 2007 |
| D'MARQUES ANTHONY LUCKETT, ) | |
| Defendant. ) | |

On October 9, 2007, the parties in this case appeared before the Court for an arraignment. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from October 9, 2007 through October 25, 2007, due to the pending detention motion by the government, and the effective preparation and continuity of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for the continuity and effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the

STIP. AND ORDER
CR 07-0589 PJH

defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

DATED: 10/23/2007        /s/ Derek Owens
_____
DEREK R. OWENS
Assistant United States Attorney

DATED: 10/23/2007        /s/ Steve Kalar
_____
STEVE KALAR
Attorney for D'Marques Anthony Luckett

As the Court found on October 9, 2007, and for the reasons stated above, the Court finds that an exclusion of time between October 9, 2007 through October 25, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for continuity and effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 10-29-07        IT IS SO ORDERED
_____
THE HON. JAMES LARSON
United States Magistrate Judge