SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0589 PJH |
|     Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SEPTEMBER 27, 2007 THROUGH OCTOBER 9, 2007 |
| D'MARQUES ANTHONY LUCKETT, | |
|     Defendant. | |

    On September 27, 2007, the parties in this case appeared before the Court for an initial appearance.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from September 27, 2007 through October 9, 2007, due to the pending detention motion by the government, and the effective preparation and continuity of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for the continuity and effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the

STIP. AND ORDER
CR 07-0589 PJH

defendant in a speedy trial. <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                                                            SCOTT N. SCHOOLS
United States Attorney

DATED: 10/23/2007                  /s/ Derek Owens
                                                                            DEREK R. OWENS
Assistant United States Attorney

DATED: 10/23/2007                  /s/ Steve Kalar
                                                                            STEVE KALAR
Attorney for D'Marques Anthony Luckett

    As the Court found on September 27, 2007, and for the reasons stated above, the Court finds that an exclusion of time between September 27, 2007 through October 9, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for continuity and effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: October 29, 2007

                                            THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge



STIP. AND ORDER
CR 07-0589 PJH                                                2