UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: November 7, 2007                    JUDGE:  Phyllis J. Hamilton

Case No:  CR-07-589 PJH

Case Name:    UNITED STATES   v.  D'MARQUES ANTHONY LUCKETT (C)
              UNITED STATES   v.  ANDRE ORLANDO JOHNSON (C)

Attorney for Plaintiff:    Derek Owens
Attorney for Defendant:    Steve Kalar (Luckett); Lydia Stiglich for Mike Hinkley (Johnson)

**Deputy Clerk:**  Nichole Heuerman            **Court Reporter**: Jim Yeomans

**PROCEEDINGS**

    Trial Setting-Held.  Counsel updates the court regarding discovery.  The parties request for a three week continuance to review discovery is granted by the court.  Time is excluded from 11/7/07 to 11/28/07 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** November 28, 2007 at 1:30 p.m.  for Trial Setting .

-----------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 11/7/07 Ends 11/28/07
-----------------------------------------------------------------------------------------------------------------------

**cc:** chambers