SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0589 PJH |
|    Plaintiff, | ) ) | |
| v. | ) ) ) | **[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 28, 2007 TO JANUARY 16, 2008** |
| D'MARQUES ANTHONY LUCKETT, | ) ) | |
|    Defendant. | ) ) ) | |

     The parties appeared before the Honorable Phyllis J. Hamilton on November 28, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

     1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 28, 2007 to January 16, 2008, in light of the need for the preparation of a pre-plea presentence criminal history report by the United States Probation Office and for continuity of counsel.  Failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0589 PJH**

diligence and the need for continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 28, 2007 to January 16, 2008 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 28, 2007 to January 16, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).


    IT IS SO STIPULATED.

DATED: 11/30/07                                      _____/s/_____
                                                    STEVE KALAR
                                                    Counsel for D'Marques Anthony Luckett


DATED: 11/29/07                                      _____/s/_____
                                                    WENDY THOMAS
                                                    Special Assistant U.S. Attorney


    IT IS SO ORDERED.

DATED: 12/3/07
_____                                     THE HO_____
                                                    United St_____



**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME CR 07-0589 PJH**                2