UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** January 16, 2008   **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0589PJH

**Case Name:** UNITED STATES v. D'MARQUES ANTHONY LUCKETT (Present In Custody)

**Attorney for Plaintiff:** Denise Barton
**Attorney for Defendant:** Steve Kalar

**Deputy Clerk:** Frank Justiliano    **Court Reporter:** Catherine Edwards
**Interpreter:** None    **Probation Officer:** Chris Carrubba

**PROCEEDINGS**

Status held.

**CASE CONTINUED TO:** January 23, 2008 at 1:30 p.m. **for** Change of Plea.

---
**EXCLUDABLE DELAY:** The Court finds no basis for exclusion of time.
---

**cc:** Chambers