UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** January 23, 2008                                              **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0589 PJH

**Case Name:**   UNITED STATES   **v.**   D'Marques Anthony Luckett   (In Custody)

**Attorney for Plaintiff:**   Derek Owens
**Attorney for Defendant:**   Steve Kalar

**Deputy Clerk:** Frank Justiliano              **Court Reporter:** Debra Pas
**Interpreter:** None                           **Probation Officer:** None

**PROCEEDINGS**

Change of Plea held.  The plea agreement is provided in court.  The defendant is sworn.  The court finds the defendant to be fully competent and capable of entering into an informed plea.  The plea is knowing and voluntary.  The court finds a factual basis for the plea.  The defendant enters a plea of guilty as to count one of the indictment.  The plea is accepted.  The defendant is adjudged guilty of the offense.  Defense counsel is directed to discuss the defendant's request to be moved to Dublin with the supervisor of operations.

**CASE CONTINUED TO:** April 16, 2008 at 1:30 pm. **for** Sentencing.

**cc:**   chambers