UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Date: April 16, 2008                              JUDGE: Phyllis J. Hamilton

Case No: CR-07-589 PJH

Case Name: UNITED STATES v. D'MARQUES ANTHONY LUCKETT (C)

Attorney for Plaintiff:    Derek Owens
Attorney for Defendant:   Steve Kalar

Deputy Clerk: Nichole Heuerman                Court Reporter: Joan Columbini

Probation: Christina Carrubba

PROCEEDINGS

Sentencing-Held. The defendant is committed to the custody of the Bureau of Prisons for a term of 48 months; 3 years supervised release with the following special conditions 1) defendant shall pay any special assessment that is imposed 2) defendant shall participate in a program of testing and treatment for drug abuse 3) defendant shall participate in a mental health treatment program 4) defendant shall submit to a search 5) defendant shall not associate with any member of the Knock Out Posse gang or any other gang 6) defendant shall not own or possess any firearms, ammunition, destructive devices or other dangerous weapons and 7) defendant shall cooperate in the collection of DNA. The defendant shall pay a special assessment in the amount of $100.00; due immediately. If the defendant is not able to pay the special assessment immediately it shall be paid through the BOP Inmate Financial Responsibility Program at no less than $25.00 per quarter.

The court to recommend to the Bureau of Prisons that the defendant participate in the BOP 500 hour residential drug treatment program and that he be designated to a facility in California to facilitate family visits.

cc: chambers